# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINIQUE KYLE JAMES SWAIN,<br><br>Defendant. | Case No. 3:19-cr-00088-SLG-DMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

Before the Court is Defendant's request to enter a guilty plea to Count 1 of the Indictment, Felon in Possession of a Firearm. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Deborah M. Smith by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States.

Judge Smith issued a Final Report and Recommendation at Docket 66, in which she recommended that the District Court accept the Defendant's plea of guilty to Count 1 of the Indictment and vacate the Final Pretrial Conference and Trial by Jury. No objections to the Final Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS the Defendant's plea of

guilty to Count 1 of the Indictment which charges: Title 18, United States Code, Section 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm and admission to the forfeiture allegation. IT IS FURTHER ORDERED that The Final Pretrial Conference and the Trial by Jury dates are vacated.

DATED this 12th day of February, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cr-00088, *USA v. Dominique Kyle James Swain*
Order re Final Report and Recommendation
Page 2 of 2